# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Billy Ray HAMILTON, <br><br> Petitioner, <br><br> v. <br><br> Robert L. AYERS Jr., Warden of San Quentin State Prison, <br><br> Respondent. | Case Number 3-89-cv-3578-TEH <br><br> <u>DEATH-PENALTY CASE</u> <br><br> ORDER DESIGNATING ACTION FOR ELECTRONIC CASE FILING |

Pursuant to General Order 45, the present action is hereby designated for Electronic Case Filing.  Information regarding the ECF program and its requirements may be found online at ecf.cand.uscourts.gov.  A copy of all documents submitted to and communications with the Court that cannot be submitted through ECF shall be provided to G$^{eo}$ O. Kolombatovich, Death Penalty Staff Attorney, United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA  94102-3489, +1 415 522 2718, +1 415 522 4754 (fax), g_o_kolombatovich@cand.uscourts.gov.

*It is so ordered.*

DATED:   05/18/07

THELTON E. HENDERSON
United States Senior District Judge

Case No. 3-89-cv-3578-TEH
ORDER DESIGNATING ACTION FOR ELECTRONIC CASE FILING
(DPSAGOK)