IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLY RAY HAMILTON,<br><br>                    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, Warden,<br><br>                    Respondent. | C-89-3578 TEH<br><br>[■■■■■■■■] ORDER DISMISSING PETITION WITH PREJUDICE DUE TO DEATH OF PETITIONER |

The court has been notified of the death of the petitioner in these proceedings on October 22, 1007.

GOOD CAUSE SHOWING, the petition for writ of habeas corpus filed in this matter is dismissed with prejudice.

Dated:   5/7/2008

The Honorable Thelton E. Henderson

[■■■■] Order

Hamilton v. Ayers, et al.
Case No. C-89-3578 TEH